IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SHAUNA JOHNSON, DARRYL STINGLEY, and DENISHA WHITTLE, | § § § | |
| Plaintiffs, | § § | |
| | § | CASE NO. 4:06CV81 |
| v. | § | (Judge Schneider/Judge Bush) |
| | § | |
| KEYHOLE ROAD ASSIST, INC., | § § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 4, 2007, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion for Summary Judgment be GRANTED and that the above titled and numbered cause of action be DISMISSED WITH PREJUDICE.

The court, having made a *de novo* review of the objections raised by the Plaintiffs thereto, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Plaintiffs are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the court.

It is further

ORDERED that the Defendant's Motion for Summary Judgment is **GRANTED** and the Plaintiffs' case is **DISMISSED WITH PREJUDICE**.

**SIGNED this 15th day of May, 2007.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE