IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SHAUNA JOHNSON, DARRYL STINGLEY, and DENISHA WHITTLE, § § § Plaintiffs, § § v. § § KEYHOLE ROAD ASSIST, INC., § § Defendant. § | CASE NO. 4:06CV81 (Judge Schneider/Judge Bush) |

## FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of United States Magistrate Judge filed in this matter, it is hereby

**CONSIDERED, ORDERED** and **ADJUDGED** that the above titled and numbered cause of action is **DISMISSED WITH PREJUDICE**.

**SIGNED this 15th day of May, 2007.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

1